RECEIVED
IN LAKE CHARLES, LA

MAY 28 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LISA MOREAU | : | DOCKET NO. 2:07-cv-1965 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the Commissioner's determination be AFFIRMED and that plaintiff's Complaint be DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27 day of May, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE